UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PENNY BOLD POLANSKI, INDIVIDUALLY AND ON BEHALF OF THE PENNY BOLD POLANSKI FMR L.L.C. PROFIT SHARING PLAN ACCOUNT<br>         Plaintiff,<br><br>v.<br><br>FMR LLC,<br>         Defendant. | CIVIL ACTION NO.<br><br><br><br><br><br><br><br><br><br>FEBRUARY 11, 2010 |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant FMR LLC represents that it has no parent corporation and there is no publicly traded corporation that owns 10 percent or more of its stock.

Respectfully submitted,

DEFENDANT,
FMR LLC

By _____/s/ Vaughan Finn_____
Vaughan Finn
Federal Bar No. ct13963
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone (860) 251-5000
Facsimile (860) 251-5219
vfinn@goodwin.com
Its Attorney

1387916v1

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of February, 2010, I caused to be served a copy of the foregoing Defendant's Corporate Disclosure Statement, via U.S. mail, postage prepaid, upon:

Douglas A. Cho
The Cho Law Firm
993 Farmington Avenue
West Hartford, CT 06107

_____
Vaughan Finn

1387916v1